26cr 2 JWB/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 111(a)(1) |
| | ) 18 U.S.C. § 1361 |
| v. | )  8 U.S.C. § 1325(a) |
| | ) |
| OLVIN NAHUM LEON-MOLINA, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assaulting, Resisting, and Impeding a Federal Officer)

On or about October 24, 2025, in the State and District of Minnesota, the defendant,

**OLVIN NAHUM LEON-MOLINA,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: two Deportation Officers employed by Immigration and Customs Enforcement, who were engaged in the performance of official duties, and caused physical contact; all in violation of Title 18, United States Code, Section 111(a)(1).

SCANNED
JAN 06 2026
U.S. DISTRICT COURT MPLS

## COUNT 2
(Willful Injury and Depredation Against Government Property)

On or about October 24, 2025, in the State and District of Minnesota, the defendant,

**OLVIN NAHUM LEON-MOLINA,**

willfully and by means of ramming and scraping a government-owned vehicle with his vehicle, did injure and commit a depredation against property of the United States and of any department or agency thereof, specifically a 2016 Ford Expedition being used by Immigration and Customs Enforcement, and the resulting damage was $13,550.73,

all in violation of Title 18, United States Code, Section 1361.

## COUNT 3
(Improper Entry of an Alien)

On or about October 24, 2025, in the State and District of Minnesota, the defendant,

**OLVIN NAHUM LEON-MOLINA,**

an alien, was found in the United States after having entered at a place other than designated by immigration officers, and did knowingly elude examination and inspection by immigration officers but was later found by law enforcement in the District of Minnesota;

all in violation of Title 8, United States Code, Section 1325(a).

United States v. Olvin Nahum Leon-Molina

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY          FOREPERSON