AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  CR 26-2 JWB/DLM |
| | ) | |
| Olvin Nahum Leon-Molina | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

       **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Olvin Nahum Leon-Molina                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

    Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:          Pretrial Release Violation Petition
Count 1: Assaulting, Resisting, and Impeding a Federal Officer 18:111(a)(1)
Count 2: Willful Injury and Depredation Against Government Property 18:1361
Count 3: Improper Entry of an Alien 8:1325(a)

Date:  01/06/2026

_____
Issuing officer's signature

City and state:   Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____